```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF INDIANA
                        HAMMOND DIVISION
```

```
ADRIAN BUGARIU,                 )
                                )
          Plaintiff             )
                                )
     v.                         )   Case No. 2:07 cv 157
                                )
STATE OF INDIANA; LAKE COUNTY,  )
INDIANA;                        )
                                )
          Defendants            )
```

REPORT AND RECOMMENDATION

On May 11, 2007, the plaintiff, Adrian Bugariu, filed a pro se complaint against the State of Indiana, Lake County, Indiana, and others. On November 9, 2007, an Order was entered dismissing all of the defendants except the State and the County. Because the plaintiff failed to serve either the State or the County, a notice was issued pursuant to Federal Rule of Civil Procedure 4(m) on November 20, 2007. To date, the plaintiff has failed to serve both defendants and to show good cause for this omission. Pursuant to Federal Rules of Civil Procedure 4(m) and 41(b), **IT IS RECOMMENDED** that this matter be **DISMISSED WITH PREJUDICE.**

Pursuant to 28 U.S.C. §636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable Theresa L. Springmann, Judge of the United States District Court, Fort Wayne Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich. The failure to file a timely objection will result in the waiver of the right to challenge this Recommenda-

tion before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 27th day of March, 2008

s/ ANDREW P. RODOVICH
United States Magistrate Judge